IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY HARRIS, JR.**                                                                  **PETITIONER**

**V.**                                                    **NO. 3:20-CV-285-DMB-JMV**

**STATE OF MISSISSIPPI**
**COUNTY OF DESOTO**                                                   **RESPONDENT**

## ORDER

     Terry Harris, Jr. filed a pro se petition for a writ of habeas corpus in the United States District Court for the Northern District of Mississippi. Doc. #1. Harris also submitted an application for leave to proceed in forma pauperis with an accompanying certificate regarding his prisoner account. Doc. #2. On October 30, 2020, the Court, finding that Harris did not establish an inability to pay the filing fee, denied Harris' motion to proceed in forma pauperis and ordered Harris to "pay the filing fee within twenty-one (21) days of the entry of [the] order, or this case may be dismissed." Doc. #4. Because Harris has failed to pay the filing fee in accordance with the Court's October 30 Order,[1] this case is **DISMISSED without prejudice.**

     **SO ORDERED**, this 24th day of November, 2020.

                                                                          /s/Debra M. Brown
                                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Mail sent to Harris by the Court has been returned as undeliverable. *See* Docs. #5, #6. It is Harris' responsibility to keep the Court informed of his current address. *See* Doc. #3. Because he has not done so, his petition is also properly dismissed for failure to prosecute.